RE: Case No. 25-0628          DATE: 9/8/2025
COA #: 15-24-00052-CV          TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. KIMBERLY S. KELLER
KELLER STOLARCZYK PLLC
215 W. BANDERA ROAD NO. 114-PMB 800
BOERNE, TX  78006
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                      DATE: 9/8/2025
COA #: 15-24-00052-CV                      TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                DATE: 9/8/2025
COA #: 15-24-00052-CV            TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

DISTRICT CLERK  GILLESPIE COUNTY
GILLESPIE COUNTY COURT
101 W. MAIN STREET
MAIL UNIT 3, RM 204
FREDERICKSBURG, TX  78624-3700
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628          DATE: 9/8/2025
    COA #: 15-24-00052-CV          TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


                  MS. KAREN L. WATKINS
                  OFFICE OF THE ATTORNEY GENERAL OF TEXAS
                  300 WEST 15TH STREET, 10TH FLOOR
                  AUSTIN, TX  78701-2986
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628          DATE: 9/8/2025
COA #: 15-24-00052-CV       TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                  MR. IAN  LANCASTER
                  ASSISTANT ATTORNEY GENERAL
                  300 W 15TH ST FL 10
                  AUSTIN, TX  78701-1649
                  * DELIVERED VIA E-MAIL *

RE: Case No. 25-0628          DATE: 9/8/2025
COA #: 15-24-00052-CV          TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

     Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. HENRY "H" CARL MYERS
                    ATTORNEY GENERAL'S OFFICE
                    PO BOX 12548
                    AUSTIN, TX   78711-2548
                    * DELIVERED VIA E-MAIL *